

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael P. Eddy | Civil Action No. 13-cv-00858-MMA-JMA |
| Plaintiff, | |
| V. | |
| Brown Shoe Company, Inc., a New York Corporation | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this action in its entirety with prejudice.

Date:     11/19/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ V. Mosqueda

V. Mosqueda, Deputy